USDC HI Case No. CV 21-00195 JAO-RT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): Young Hui Kim

Chapter 7     Case No. 14-01353

Plaintiff(s): Young Hui Kim, et al
("et al." if multiple)

A.P. No. 20-90027

vs. Defendant(s): Jean Christensen, et al.
("et al." if multiple)

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Findings of Fact and Recommended Judgment Regarding Good Faith Settlement

Suggested Cause of Action (District CM/ECF):

28:0157c (28:0157(c)(1) Findings, Concl. & Proposed Judgment)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.     ☐ Filing fee not paid.

| Party | see attached | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties     ☒ Docket sheet attached     ☐ Attorney list attached

Dated: April 21, 2021

Michael B. Dowling, Clerk